# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:05-cr-75-Orl-31KRS

**JOHNNY LOUIS TYLER**

_____

## ORDER

Upon consideration of Defendant's Motion to Sever Count I (Doc. 35) and the government's response (Doc. 39), it is

**ORDERED** that said Motion is GRANTED, in part. Count I will be bifurcated. If Defendant is found guilty on Count IV, Defendant's possession of the weapon will have been established. At that point, unless Defendant stipulates to the prior convictions, the jury will receive additional evidence and be asked to render a verdict on Count I.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 20, 2005.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
BRUCE E. DAVIS

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE